# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/Respondent,<br><br>v.<br><br>Genaro Avila, Jr.,<br><br>　　　　Defendant/Movant. | No. CV-16-02109-PHX-SRB<br>　　CR-13-00118-PHX-SRB<br>**ORDER** |

Movant, Genaro Avila, Jr., filed his Third Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on December 12, 2016. The United States filed its response in opposition on March 10, 2017. Movant did not file a reply.

The Magistrate Judge filed her Report and Recommendation on September 29, 2017 recommending that Movant's Third Amended Motion to Vacate, Set Aside, or Correct Sentence be denied and dismissed with prejudice. In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

IT IS FURTHER ORDERED denying Movant's Third Amended Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

IT IS FURTHER ORDERED denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

Dated this 19th day of October, 2017.

Susan R. Bolton
United States District Judge